1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VASQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-00939-DAD-EPG<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS**<br><br>(ECF No. 6)<br><br>**ORDER DIRECTING PAYMENT OF FILING FEE**<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

On July 12, 2018, Salvador Vasquez ("Plaintiff") commenced this civil action pursuant to 42 U.S.C. §405(g). (ECF No. 1). On October 25, 2018, the Court issued findings and recommendations to the district judge assigned to this matter recommending that the action be dismissed for Plaintiff's failure to pay the filing fee required under 28 U.S.C. § 1914. (ECF No. 6). On October 31, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 7). Plaintiff requests an extension of time to pay the filing fee, and states that Plaintiff's counsel was not aware that Plaintiff was willing and able to pay the filing fee. *Id.*

The Court finds good cause to grant Plaintiff an extension of time within which to pay the filing fee. Accordingly, the findings and recommendations dated October 25, 2018, (ECF No. 6), are VACATED.

Plaintiff shall pay the $400.00 filing fee for this action within forty-five (45) days of

1

service of this order. **No request for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **November 1, 2018**     /s/ *Erica P. Grosjean*
_____
UNITED STATES MAGISTRATE JUDGE