UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 1:18-cv-00939-DAD-EPG<br><br>ORDER REMANDING ACTION TO THE COMMISSIONER OF SOCIAL SECURITY<br><br>(Doc. No. 15) |

　　Pursuant the parties' stipulation, and for good cause shown, this action is remanded to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation to Remand. (Doc. No. 15.) The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

　Dated: **June 21, 2019**　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1